

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-20-00241-CV |
| REGGIE JACKSON, | § | AN ORIGINAL PROCEEDING |
| RELATOR. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

**MEMORANDUM OPINION**

Relator Reggie Jackson, *pro se*, has filed a petition for a writ of mandamus against the Honorable Eric Shepperd, Judge of the County Court at Law No. 2 of Travis County. The petition is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and only where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding). The burden is on the relator to show he is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding).

After reviewing the mandamus petition and record, we conclude that Relator has failed to show that he is entitled to mandamus relief. Accordingly, we deny the petition for writ of

mandamus. Jackson's appeal in Cause No. 08-19-00260-CV remains pending before this Court.


December 7, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.